IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:06-CR-0138** |
| : | |
| v. : | (Judge Conner) |
| : | |
| **ROBERT RAYMOND HOWARD, SR.,** : | |

## ORDER

AND NOW, this 29th day of June, 2007, upon consideration of defendant's motion (Doc. 49) to dismiss Counts VII and VIII of the superseding indictment,[1] arguing that receiving a handgun in exchange for drugs is not "use" within the meaning of 18 U.S.C. § 924(c)(1)(A), and it appearing that the U.S. Court of Appeals for the Third Circuit concluded that exchanging drugs for firearms constitutes "use" under 18 U.S.C. § 924(c)(1)(A), see United States v. Sumler, 294 F.3d 579, 582-83 (3d Cir. 2002),[2] it is hereby ORDERED that the motion (Doc. 49) to dismiss Counts VII and VIII of the superseding indictment is DENIED.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] Counts VII and VIII of the superseding indictment charge defendant with exchanging crack cocaine for handguns, in violation of 18 U.S.C. § 924(c)(1).

[2] Defendant recognizes this controlling Third Circuit case, but argues that there is a split of authority among the circuits and that the Supreme Court has granted certiorari in Watson v. United States, No. 06-571, to resolve this split. (See Doc. 50 at 2.) Absent an existing, contrary holding by the Supreme Court, however, the court is bound by the Third Circuit's decision in Sumler.