# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:06-CR-138 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **ROBERT RAYMOND HOWARD**, | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 16th day of October, 2017, upon consideration of the Government's Motion for Reconsideration (Doc. 127) of October 13, 2017, Order Releasing Defendant Robert Raymond Howard, Sr., on conditions of release, and upon good cause given, it is hereby ORDERED as follows:

1. The government's motion is GRANTED;

2. Defendant Robert Raymond Howard, Sr., shall be detained pending further proceedings.

        /S/ CHRISTOPHER C. CONNER
        Christopher C. Conner, Chief Judge
        United States District Court
        Middle District of Pennsylvania