# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:06-CR-138** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **ROBERT RAYMOND HOWARD,** | : | |
| | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 14th day of November, 2017, upon consideration of the motion (Doc. 116) of defendant Robert Raymond Howard ("Howard"), wherein Howard requests that the court (1) dismiss a federal detainer filed with the York County Prison concerning Howard's alleged violation of his term of supervised release, (2) terminate Howard's term of supervised release, and (3) schedule an initial appearance forthwith, and further upon consideration of the government's brief (Doc. 134) in response to Howard's trifold motion, and the court noting that there is no longer a federal detainer lodged against Howard, (see Doc. 131; Doc. 133 at 5:4-5, 7-10), that Howard appeared before Magistrate Judge Martin C. Carlson on October 13, 2017 for his initial appearance, (see Doc. 119), and that defense counsel appropriately concedes that the detainer and initial appearance issues submitted in Howard's motion are thus moot, (see Doc. 133 at 5:4-5, 7-15), and the court further noting that Howard's term of supervised release expired on August 27, 2017, a point Howard acknowledges in his motion, (see Doc. 116 ¶¶ 8, 28), such that there is no

extant term of supervised release for the court to terminate, it is hereby ORDERED that Howard's motion (Doc. 116) to dismiss the federal detainer, terminate his term of supervised release, and schedule an initial appearance forthwith is DENIED as moot.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania